Christopher R. Donoho III, Esq. (CD-4035)
Omeca N. Nedd, Esq. (ON-0769)
LOVELLS LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 909-0600
Fax: (212) 909-0660

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :
                                                            :    Chapter 11
SALANDER-O'REILLY GALLERIES LLC,                            :
                                                            :    Case No. 07-30005 (CGM)
                                        Debtor.             :
                                                            :
------------------------------------------------------------X

**NOTICE OF ART CLAIM PURSUANT TO PROTOCOL AND COURT ORDER
DATED MARCH 11, 2008**

PLEASE TAKE NOTICE that Kikuo Saito, by and through his undersigned counsel, hereby asserts a claim to the artwork listed on the annexed Art Claim form pursuant to the Protocol ordered by this Court on March 11, 2008 (the "Protocol"). In accordance with the Protocol, the documents supporting his claim are annexed to Mr. Saito's Art Claim as Exhibit A.

Dated: June 10, 2008
       New York, New York

                                    LOVELLS LLP

                                    By: /s/ *Christopher R. Donoho*
                                        Christopher R. Donoho III (CD-4035)
                                        Omeca N. Nedd (ON-0769)
                                        590 Madison Avenue
                                        New York, NY 10022
                                        Telephone: (212) 909-0600
                                        Facsimile: (212)909-0660
                                        Email: chris.donoho@lovells.com
                                               omeca.nedd@lovells.com

                                    *Counsel for Kikuo Saito*

NYCLIB01/NYDAA/136048.1

Christopher R. Donoho III, Esq. (CD-4035)
Omeca N. Nedd, Esq. (ON-0769)
LOVELLS LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 909-0600
Fax: (212) 909-0660

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
In re:                                                     :
                                                           :    Chapter 11
SALANDER-O'REILLY GALLERIES LLC,                           :
                                                           :    Case No. 07-30005 (CGM)
                                     Debtor.               :
                                                           :
-----------------------------------------------------------X

## ART CLAIM BY KIKUO SAITO

### Information About Art Claimant

| | |
|---|---|
| Art Claimant's Name: | Kikuo Saito |
| Art Claimant's Address: | 96 Grand Street, #B<br>New York, NY 10013 |
| Art Claimant's Phone Number: | (212) 925-3860 |
| Art Claimant's email address | kukusaito@earthlink.net |
| Agent or Representative's Name: | Christopher R. Donoho III, Esq. (attorney to Kikuo Saito) |
| Agent or Representative's Address: | Lovells LLP<br>590 Madison Avenue<br>New York, NY 100022 |
| Agent or Representative's Phone Number: | (212) 909-0600 |
| Agent or Representative's Email Address: | chris.donoho@lovells.com |

The Art claimant is a(n)    __X__ consignor.
                            __X__ artist.
                            _____ artist's estate.

    \_\_\_ artist's heir.
    \_\_\_ artist's representative.
    \_\_\_ purchaser.
    \_\_\_ other (please specify) _____

**Information About Artwork**

ID Number of Artwork from Inventory List:
- Triax Tag #159/SOG #27327 (Ram Ticket)
- Triax Tag #4206/SOG #14606 (Perugia)
- Triax Tag #125/SOG #27105 (Red Letter)
- Triax Tag #126/SOG #16732 (Fisherman's Umbrella)
- Triax Tag #127/SOG #27329 (April Snow)
- Triax Tag #559/SOG #16733 (Monk Garden)
- Triax Tag #576/SOG #16734 (Knee Map)
- Triax Tag #1711 (Soldier's Harp)
- Triax Tag #1787 (To Eva with Love)
- Triax Tag #2380/ SOG #27108 (Just Rain)
- Triax Tag #2542/SOG #27328 (Golden Alphabet)
- Triax Tag #4748/SOG #6176 (Fireman's Noon)
- Triax Tag #4757 (Unknown)
- Triax Tag #4759 (Black Tent)
- Triax Tag #4762/SOG #5085 (Sunday Umbrella)
- Triax Tag #4770/SOG #13866 (Evening Circle)
- Triax Tag #4771/SOG #13914 (Winter Heart)
- Triax Tag #5014 (Chesnut Ride)

Name of Artwork: Ram Ticket; Perugia; Red Letter; Fisherman's Umbrella; April Snow; Monk Garden; Knee Map; Soldier's Harp; To Eva With Love; Just Rain; Golden Alphabet; Fireman's Noon; Unknown; Black Tent; Sunday Umbrella; Evening Circle; Winter Heart; Chesnut Ride.

Name of Artist: Kikuo Saito

Estimated Value of Artwork: $219,000.00

**Describe in Detail the Factual Basis for Your Art Claim**

Kikuo Saito is a painter who has had a longstanding relationship with the Salander O'Reilly Galleries (the "Galleries"). Mr. Saito first began to consign his artwork to the Galleries in 1980 and thereafter regularly consigned his artwork through the Galleries for a period of 27 years, building up a level of trust over that time that his artwork was being professionally managed. As an artist with little or no business training, Mr. Saito depended on the honesty and accuracy of the Galleries in his dealings with them. The record of a transaction typically consisted only of a bill of lading identifying the Galleries, if at all, as "Consignee." Once the artwork was sold by the Galleries, Mr. Saito would receive 50% of the sale price, and the balance would be kept by the

Galleries as a commission. Mr. Saito is the painter and owner of the above-listed paintings, which were delivered to the Galleries on a consignment basis only. Included with the attached documents is an unpaid invoice, dated June 15, 2007, from Mr. Saito to the Galleries, which lists the amounts due for several of his paintings.

## Security Interest

Is the artwork subject to a security interest?  __ yes  x no.

Pursuant to section 12.01 of the New York Arts and Cultural Affairs Law, the artwork is trust property in the hands of the consignee for the benefit of the consignor and such trust property is not subordinate to any claims, liens or security interest of any kind or nature whatsoever.

# PLEASE READ THE FOLLOWING BEFORE SIGNING YOUR ART CLAIM FORM

**By signing this Art Claim Form, you make the following certifications under penalty of perjury pursuant to 28 U.S.C. § 1746:**

- "I have been provided with a copy of the Protocol, and the exhibits thereto."
- "I have the full power and authority to make this Art Claim."
- "I am making this Art Claim under penalty of perjury pursuant to 28 U.S.C. § 1746."

Kikuo Saito
Name of Claimant:

By: *[signature]*
Signature
Kikuo Saito
Print Name

_____
Title

96 Grand Street, #B
New York, NY 10013
Address

## **EXHIBIT A**

# Artful Transport

P. O. Box 2083
Peter Stuyvesant Station
New York City, NY 10009
(718) 486-0181

# BILL OF LADING

| DATE | REF No. |
|---|---|
| 9/28/2006 | 092806 |

| BILL TO | SENDER | CONSIGNEE |
|---|---|---|
|  | SALANDER O'REILLY<br>20 EAST 71ST STREET<br>NEW YORK CITY, NY 10021 | SALANDER O'REILLY GALLERY |

| TASK/ ITEMS | CONDITION |
|---|---|
| EIGHT<br>PICK UP SEVEN PAINTINGS FROM KIKUO SAITO STUDIO, 96 GRAND STREET NEW YORK CITY, NY<br>DELIVER TO SALANDER O'REILLY |  |

**LIMIT OF LIABILITY**

In consideration of the rate charged, it is agreed that the carrier's liability is 60 cents per pound per article unless a greater value is declared and an additional charge based on such higher value is paid by shipper and accepted by carrier in writing in advance of shipment. In the event glass, mirror, marble or other fragile items are to be shipped, carrier undertakes no liability for damage.
Received from Sender, the property described above, wrapped by Sender (contents and condition of contents of packages unknown to Artful Transport Ltd.), marked, consigned and destined as indicated above.

CARRIER

DATE 9-28-06

THE ABOVE ITEMS ARE NOT INSURED BY ARTFUL TRANSPORT

| RELEASED TO ARTFUL BY | RECEIVED THE ABOVE IN GOOD ORDER |
|---|---|
| X | |

# GANDER & WHITE SHIPPING INC.

21-44 44th ROAD, LONG ISLAND CITY, NEW YORK 11101
PHONE: 718 784-8444 • FAX: 718 784-9337
www.ganderandwhite.com

NEW YORK • PALM BEACH • LONDON • PARIS

Printed on : Monday August 21 2006
Printed By : mary beth

Page 1 of 2
Job Ref: N19547/48250
Collection No: N48250

## COLLECTION/DELIVERY NOTE

From: Kikuo Saito
96 Grand Street apt B
New York, NY
USA
Telephone: 212-925-3880

To: Salander-O'Reilly Galleries
20 EAst 79th Street
New York, NY 10021

Telephone: 212 879 6606
Reference: Salander O'Reilly Galleries

Import / Export / Domestic
Instructions:
Collection Date : 8/22/2006

Air / Sea / Store / NYG
1 / 2 / 3 / Hold

| Item | Description | Value | pcs | Location |
|---|---|---|---|---|
| 78 | Kikuo Saito "Sofia", 2004, 65 x 45 1/2" o/c, artist ref# 10062 | | 1 | |
| | Comments/Observation: | | | |
| 79 | Kikuo Saito "No Title" 2006, 58 1/8 x 47" o/c, artist ref# 10026 | | 1 | |
| | Comments/Observation: | | | |
| 80 | Kikuo Saito "Scotch Brown" 2002, 58 3/4 x 43 1/4" o/c, artist ref# 10056 | | 1 | |
| | Comments/Observation: | | | |
| 81 | Kikuo Saito "Red Letter" 2006, 50 1/4 x 60 1/8" o/c, artist ref# 10049 | | 1 | |
| | Comments/Observation: | | | |
| 82 | Kikuo Saito "Green Hat" 2005, 64 x 41 3/4" o/c, artist ref#10541 | | 1 | |
| | Comments/Observation: | | | |
| 83 | Kikuo Saito "Persian Beans" 2005, 54 x 35 5/8", o/c, artist ref# 10034 | | 1 | |
| | Comments/Observation: | | | |
| 84 | Kikuo Saito "Just Rain" 2005, 55 1/4 x 37 3/8", o/c, artist ref# 10030 | | 1 | |
| | Comments/Observation: | | | |
| 85 | Kikuo Saito, o/c, approx 65 x 45", artist ref# 10219, o | | 1 | |

Page 1 of 2

U.S. DOT.#: 736151

ICC MC: 220

Goods accepted and business transacted only under terms and conditions on the reverse side.

07-30005-rdd   Doc 415   Filed 06/10/08   Entered 06/10/08 16:49:22   Main Document
Pg 9 of 18

# GANDER & WHITE SHIPPING INC.

21-44 44th ROAD, LONG ISLAND CITY, NEW YORK 11101
PHONE: 718 784-8444 • FAX: 718 784-9337
www.ganderandwhite.com

NEW YORK • PALM BEACH • LONDON • PARIS

Printed on : Monday August 21 2006
Printed By : mary beth

Page 2 of 2
Job Ref: N19547/48250
Collection No: N48250

# COLLECTION/DELIVERY NOTE

Comments/Observation:

| 86 | Kikuo Saito, c/o, approx 65 x 45", artist ref# 10482 | 1 |

Comments/Observation:

Noted : For insurance purposes, liability of 60¢ per lb will apply unless coverage is purchased.

Accepted: ............... Value: ............... Rejected: ...............

Total time @ site: 35 min   Crew: Michele, Ross + Ross w

Print Name: ...............   Client Signature: X _____ Date 8 22 06 Time 10:55

All items were wrapped and packed by Saito
contents and condition are unknown
and subject to inspection

U.S. DOT.#: 736151

Page 2 of 2

ICC MC: 230[?]

Goods accepted and business transacted only under terms and conditions on the reverse side.

# SALANDER-O'REILLY GALLERIES, LLC
22 EAST 71ST STREET, NEW YORK, NY 10021 · TEL (212) 879-6606 · FAX (212) 400-4490

**September 29, 2006**

**Received from**

Mr. Kikuo Saito
96 Grand Street, Apt. B
New York, NY. 10013

16 paintings by Kikuo Saito

**Sofia**
2004
oil on canvas
65 x 45 1/2 in
Reg # 27102

**Red House**
2005
oil on canvas
58 1/8 x 47 in
Reg # 27103

**Scotch Broom**
2002
oil on canvas
58 3/4 x 43 1/4 in
Reg # 27104

**Red Letter**
2005
oil on canvas
50 1/4 x 60 1/8 in
Reg # 27105

**Green Hat**
2005
oil on canvas
64 x 41 3/4 in
Reg # 27106

**Persian Beans**
2005
oil on canvas
54 x 35 5/8 in
Reg # 27107

**Just Rain**
2005
oil on canvas
55 1/4 x 67 3/8 in
Reg # 27108

**Blue Flight**
2004
oil on canvas
52 x 58 in
Reg # 27109

**Camel's Egg**
2005
oil on canvas
48 1/2 x 40 1/8 in
Reg # 27322

**Pink Jane**
2004
oil on canvas
54 1/2 x 40 3/8 in
Reg # 27323

PAGE 1 OF 2

**Orange Boots**
2004
oil on canvas
50 1/2 x 39 1/4 in
Reg # 27324

**Golden Net**
2005
oil on canvas
53 x 34 1/8 in
Reg # 27325

**Gray Moon**
2005
oil on canvas
64 x 46 in
Reg # 27326

**Ram Ticket**
2006
oil on canvas
80 x 60 in
Reg # 27327

**Golden Alphabet**
2005
oil on canvas
52 1/4 x 94 in
Reg # 27328

**April Snow**
2005
oil on canvas
46 x 92 in
Reg # 27329

**RELEASED BY:**

_____
(print name)

_____
(signature)

_____
(date)

**RECEIVED BY:**

_William THIB___
(print name)

_[signature]_
(signature)

_9·29·06_
(date)

Please sign a copy and return to the gallery.
Thank you.

PAGE 2 OF 2

# Kikuo Saito



*Red Letter*, 2005. Oil on canvas, 50¼ x 60⅛ inches

**PAINTINGS**
October 3 – October 28, 2006

## Salander-O'Reilly

22 East 71 Street   New York, NY 10021   Tel 212-879-6606   WWW.SALANDER.COM

# SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX 212-400-4490

FOR IMMEDIATE RELEASE

CONTACT: STEVEN HARVEY
sharvey@salander.com

## KIKUO SAITO
### NEW PAINTINGS

OCTOBER 3 – 28, 2006                    OPENING Tues. Oct. 3rd  5 - 7 pm

NEW YORK: Salander O'Reilly will present an exhibition of recent paintings by Kikuo Saito. Please join us for the *Opening Tuesday October 2nd from 5-7 pm*. Saito's new work continues to explore the possibilities for abstract color field painting in the present moment. After his move from acrylic stain painting to oil color in the early 1980's, Saito began to employ a more calligraphic style in order that he might in his own words, "paint with drawing." Into richly hued monochromatic fields Saito integrates a loose cursive painterly drawing that recalls the accrued pentimenti of the blackboard. Saito works now in two parallel modes, in one a grid of letters provides the structure for his monochrome fields. In the other group of work crescendos and washes of color overwhelm the framework of letters.

Critic Karen Wilkin, writing in the catalog for a Saito exhibition in Austria this summer, describes his recent work as,

"a terrain inhabited by fluent calligraphy, bold gestures with the brush, and delicate traces of line—a population of unnamable, widely varied painting incidents that the artist disposes against expanses of luminous color like a director moving performers around a stage. Evocative of the natural world, with its associations of growth and change, these rich constellations of gesture are also plainly deliberate, as well as spontaneous—evidence of the work of a particular wrist and arm."

Born in Tokyo, Saito came to New York in 1966, where he was a student and assistant to Larry Poons and Kenneth Noland. Before concentrating on painting, Saito worked primarily on stage sets for dance and theater, working internationally with Jerome Robbins, Tom O'Horgan, Robert Wilson, and Peter Brook. More recent theatre productions include sets for L'Opera-Comique in Paris and the Spoleto Festival, Italy. Saito has created a series of enigmatic visual theatre pieces often inspired by the art and places in Europe. His paintings can be seen in over forty public collections across the United States and Canada, including the Aldrich Museum, Ridgefield, Connecticut, J.P. Morgan Chase Manhattan Collection, New York, and the Edmonton Art Gallery, Canada. In 2003, he became a visiting professor for the Musashino Art University in Tokyo, Japan.

Public Gallery Hours are:
Monday – Saturday 9.30 – 5.30
212-879-6606
info@salander.com

## SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX 212-400-4490

# Kikuo Saito
## Paintings
October 3-28, 2006

*Golden Alphabet*
2005
oil on canvas
52 1/4 x 94 inches

$20,000.00

*Red House*
2005
oil on canvas
58 1/8 x 47 inches

$14,000.00

*Blue Flight*
2004
oil on canvas
52 x 58 inches

$15,000.00

*Ram Ticket*
2006
oil on canvas
80 x 60 inches

$20,000.00

*Camel's Egg*
2005
oil on canvas
48 1/2 x 40 1/8 inches

$10,000.00

*Orange Boots*
2004
oil on canvas
50 1/2 x 39 1/4 inches

$10,000.00

*Golden Net*
2005
oil on canvas
53 x 34 1/8 inches

$10,000.00

*April Snow*
2005
oil on canvas
46 x 92 inches

$18,000.00

SALANDER-O'REILLY GALLERIES, LLC

22 East 71 Street  New York, NY 10021  Telephone 212-879-6606  FAX ...

*Persian Beans*
2005
oil on canvas
54 x 35 3/8 inches

$10,000.00   1944

*Sofia*
2004
oil on canvas
65 x 45 1/2 inches

$15,000.00
   2919

*Green Hat*
2005
oil on canvas
64 x 41 3/4 inches

$15,000.00   2688

*Gray Moon*
2005
oil on canvas
64 x 46 inches
   2944
$15,000.00

*Red Letter*
2005
oil on canvas
50 1/4 x 60 1/8 inches

$15,000.00

*Just Rain*
2005
oil on canvas
55 1/4 x 67 3/8 inches

$16,000.00

# KIKUO SAITO

96 GRAND STREET
NEW YORK, NY 10013
www.kikuosaito.com

TO:
SALANDER O'REILLY GALLERIES
22 EAST 71ST STREET
NEW YORK, NY 10021

REMIT TO:
KIKUO SAITO
96 GRAND STREET, BSMT
NEW YORK, NY 10013

COMMENTS OR SPECIAL INSTRUCTIONS:

INVOICE DATE: JUNE 15, 2007

| SALESPERSON/Gallery | INVOICE NO. | SHIPPED VIA | TERMS |
|---|---|---|---|
| Salander-O'Reilly | 001 | N/A | Due upon receipt |

| DESCRIPTION | List Price | Adjustment | Total |
|---|---|---|---|
| *Blue Flight*, 2004, oil on canvas, 52 x 58 in. | $15,000 | ($7,500) | $7,500 |
| *Persian Beans*, 2005, oil on canvas, 54 x 35 $^{5/8}$ in. | $10,000 | ($5,000) | $5,000 |
| *Camel's Egg*, 2005, oil on canvas, 48 _ x 40$^{1/8}$ in. | $10,000 | ($5,000) | $5,000 |
| *Golden Net*, 2005, oil on canvas, 53 x 34$^{1/8}$ in. | $10,000 | ($5,000) | $5,000 |
| *Orange Boots*, 2004, oil on canvas, 50 _ x 39 _ in. | $10,000 | ($5,000) | $5,000 |
| *Red House*, 2005, oil on canvas, 58 $^{1/8}$ x 47 in. | $14,000 | ($7,000) | $7,000  $600 |
| *Just Rain*, 2005, oil on canvas, 55 _ x 67 $^{3/8}$ in. | $16,000 | ($8,000) | $8,000 |
| | | | |
| **TOTAL** | $85,000 | ($42,500) | $42,500 |
| | | | |
| **TOTAL DUE:** | | | $42,500 |

If you have any questions concerning this invoice, contact **Jane Johnson** at 917.572.4122.
Thank you.

**Salander-O'Reilly Galleries, Inc.**  20 East 79 Street  New York NY 10021  Tel 212 879-6606

- ☐ CONSIGNED TO:
- ☐ SOLD TO:
- ☐ RETURNED TO:
- ☐ SHIPPED VIA:
- ☒ CONSIGNED FROM:
- ☐ PURCHASED FROM:
- ☐ RETURNED FROM:

"KIKOU SAITO"

DATE: 9/4/97

ARTIST: 4 x DRAWINGS
TITLE: UNTITLED
DATE:
MEDIUM: O/P
SIZE: 1997
SIGNED:
NUMBER:

ADD'L INFO:
PROVENANCE:
LITERATURE:
EXHIBITED:

COST/NET:
SELLING P.
DEALER P.

SIGNATURE: Betty S[...]

Fri, Aug 18, 2006 4:38 PM

**Subject: List.**
**Date:** Wednesday, August 16, 2006 5:16 PM
**From:** Kikuo Saito <kukusaito@earthlink.net>
**To:** steven harvey sharvey@salander.com

Dear Steven, I'm sending the size of paintings and title of photo I send yesterday.

| | | | |
|---|---|---|---|
| | p1010063.jpg | "Brown Rock" 2003 | 54 1/4" x 40" |
| ➌ | p1010062.jpg | "Sofia" 2004 | 65" x 45 1/2" |
| | p1010043.jpg | "No Title" 2005 | 53" x 43" |
| | p1010068.jpg | " Winter Moon" 1997 | 37 5/8" x 68 3/4" |
| | p1010074.jpg | " Blue Arrow" 2004 | 40 1/2" x 70 5/8" |
| | p1010073.jpg | " White Pyramid" 1996 | 44 1/2" x 50" |
| | p1010073.jpg | " Blue Letter" 2005 | 34 1/8" x 77 1/8" |
| ) | p1010056.jpg | " Scotch Broom " 2002 | 58 3/4" x 43 1/4" |
| | p1010046.jpg | " Golden Net" 2005 | 53" x 34 1/8" |
| ) | img0541.jpg | " Green Hat " 2005 | 64" x 41 3/4" |
| ) | p1010049.jpg | " Red Letter " 2005 | 50 1/4" x 60 1/8" |
| | p1010058.jpg | " Spanish Arrow " 2004 | 59 5/8" x 44 1/2" |
| | p1010035.jpg | " Oribe" 2005 | 51 1/2" x 55 1/2" |
| ) | p1010030.jpg | " Just Rain " 2005 | 55 1/4" x 67 3/8" |
| ) | p1010034.jpg | " Persian Beans" 2005 | 54" x 35 5/8" |
| ) | p1010026.jpg | " No Title " 2006 *Red ?* | 58 1/8" x 47" |
| | p1010029.jpg | " Blue Camel " 2005 | 47" x 43 3/8" |