PACHULSKI

STANG

ZIEHL

JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

Ilan D. Scharf

September 8, 2009

ischarf@pszjlaw.com
212.561.7721

**VIA E-MAIL AND FEDEX**

The Honorable Cecelia G. Morris
Chambers of the Honorable Cecelia G. Morris
United States Bankruptcy Judge
355 Main Street
Poughkeepsie, NY 12601

Re:    **Salander-O'Reilly Galleries, LLC,
Case No. 07-30005 (CGM)**

Dear Judge Morris :

This is to confirm that the status conference regarding the Disclosure Statement (the "Disclosure Statement") for the Chapter 11 Plan of Liquidation Proposed by Salander-O'Reilly Galleries, LLC, the Official Committee of Unsecured Creditors and First Republic Bank has been adjourned to September 10, 2009 at 2:00 p.m. in the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601. The Plan Proponents will request an adjourned date for a (i) hearing for the Court to consider approval of the Disclosure Statement and (ii) the deadline for parties to object to the Disclosure Statement.

Respectfully submitted,

Ilan D. Scharf

IDS

cc:    Robert Raicht (via e-mail)
       Daniel Eggerman (via e-mail)
       Brian Morgan (via e-mail)
       Lauren Cohen (via e-mail)
       Mary Caloway (via e-mail)
       Harold Olsen (via e-mail)
       Eric Small (via e-mail)

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

WEB: WWW.PSZJLAW.COM

DOCS_NY:18783.1