|   |   |
|---|---|
|   | U.S. Department of Justice<br>Office of the United States Trustee<br>Region 2<br><br>_____District of_____ |

IN RE:                                                            }    CHAPTER 11
                                                                          }
      Salander-O'Reilly Galleries LLC         }    CASE NO.        07-30005 (CGM)
                                                                          }
                                                                          }
      DEBTOR.                                         }

---

### DEBTOR'S POST-CONFIRMATION
### MONTHLY OPERATING REPORT
### FOR THE PERIOD
**FROM** December 1, 2013    **TO** December 31, 2013

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:: _____    Date:    January 9, 2014

    Alan M. Jacobs
        Print Name

    Liquidating Trustee, SOG Liquidation Trust
        Title

Debtor's Address                                    Attorney's Address
and Phone Number:                                   and Phone Number:
c/o AMJ Advisors LLC                                Pachulski Stang Ziehl & Jones LLP
999 Central Ave, Ste 208                            780 Third Avenue
Woodmere, New York 11598                            New York, New York 10017-2024
                                                    Bar No. _____
Tel.    516-791-1100                                Tel.    212.561.7700

Note: The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

**MONTHLY OPERATING REPORT -**                                                                                                             **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| **QUESTIONNAIRE** | | |
|---|---|---|
| | **YES*** | **NO** |
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? The following Trust professional fees & expenses are outstanding: Pachulski Stang Ziehl & Jones LLP for June 2010 through current, Margolin Winer for September 2010 through current, Trustee for mid-November 2010 through current. | X | |
| 4. Is the Debtor current on all post-confirmation plan payments? | NA | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| **INSURANCE INFORMATION** | | |
|---|---|---|
| | **YES** | **NO*** |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

| **CONFIRMATION OF INSURANCE** | | | | |
|---|---|---|---|---|
| **TYPE of POLICY** | **and** | **CARRIER** | **Period of Coverage** | **Payment Amount and Frequency** | **Delinquency Amount** |
| Surety | | Hartford Fire Ins Co | 2/8/13-2/8/14 | $4,750 annual | NA |
| Art Insurance | | AXA Insurance | 4/14/13-4/14/14 | $23,680 annual | NA |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Continue review of art claims and case proof of claims; discussions re sale strategy; process art returns; art storage administration & inventory control; art claim negotiations; case administration, including preparation MOR, etc; sales activity; cash management; case planning, task lists, critical dates and discussions with counsel;  adversary proceeding matters;  etc.

**Estimated Date of Filing the Application for Final Decree:**        TBD

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Salander-O'Reilly Galleries LLC |
| Case Number: | 07-30005 (CGM) |
| Date of Plan Confirmation: | 1/20/2010 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Monthly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | $ 1,505,076.31 | $ 0.00 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 66,827.80 | $ 4,419,015.95 |

3. **DISBURSEMENTS**

   a. **Operating Expenses (Fees/Taxes):**

   | | | Monthly | Post Confirmation Total |
   |---|---|---:|---:|
   | (i) | U.S. Trustee Quarterly Fees | $ | $ 16,575.00 |
   | (ii) | Federal Taxes | | |
   | (iii) | State Taxes | | |
   | (iv) | Other Taxes | | 79.56 |

   b. **All Other Operating Expenses:** $ 8,520.00    $ 2,305,725.07

   c. **Plan Payments:***

   | | | Monthly | Post Confirmation Total |
   |---|---|---:|---:|
   | (i) | Priority tax claims | $ | $ 533,252.21 |
   | (ii) | Administrative Claims | | |
   | (iii) | Unsecured claims | | |
   | (iv) | | | |
   | (v) | | | |

   (Attach additional pages as needed)

   **Total Disbursements (Operating & Plan)**   $ 8,520.00    $ 2,855,631.84

1. **CASH (End of Period)**    $ 1,563,384.11    $ 1,563,384.11

\* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**                                                                                       **ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Rabobank, N.A. | Rabobank, N.A. | | |
| Account Number: | 5002209665 | 5002209666 | | |
| Purpose of Account (Operating/Payroll/Tax) | Collection | Disbusement | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| | | | | |
| 1. **Balance per Bank Statement** | 0.00 | 1,567,709.11 | | |
| 2. **ADD**: Deposits not credited | | | | |
| 3. **SUBTRACT**: Outstanding Checks | | 4,325.00 | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | 0.00 | 1,563,384.11 | | |
| | | | | |

**Note:** Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note:** Attach copy of each investment account statement.

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Period Covered:
December 01, 2013 - December 31, 2013
Page 1 of 3

Alan M Jacobs
999 Central Avenue Suite 208
Woodmere NY 11598

Case Number: 07-30005 CGM
Case Name: SOG LIQUIDATION TRUST
Trustee Number: 0000521440
Trustee Name: Alan M Jacobs

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
| TRUSTEE CHECKING | 5002209665 | | $0.00 | $0.00 |
| TRUSTEE CHECKING | 5002209666 | | $1,505,076.31 | $1,567,709.11 |
| Total | | | $1,505,076.31 | $1,567,709.11 |

## Notable Information For You...

Starting February 1, 2014, the new Bank forms will be required by Rabobank, N.A. These forms will be made available to all BMS clients in the next releases of CaseLink Office, CaseLink Web and TrustWorks available in January 2014.

In addition, Outgoing Wire verifications will begin to be conducted by Rabobank staff instead of the BMS Banking Center. All BMS software users must set up and/or update their challenge questions within each BMS software used by February 1, 2014 to be in compliance with the Rabobank Wire Verification policy and to avoid delays with wires.



Rabobank, N.A. • Member FDIC
www.rabobankamerica.com
rev 10-13
3716
3152

**Rabobank, N.A.**
90 E. Thousand Oaks Blvd., Ste 300
Thousand Oaks, CA 91360

Account Number: 5002209666

Period Covered:
December 01, 2013 - December 31, 2013
Page 2 of 3

Case Number: 07-30005 CGM
Case Name: SOG LIQUIDATION TRUST
Trustee Number: 0000521440
Trustee Name: Alan M Jacobs

Alan M Jacobs
999 Central Avenue Suite 208
Woodmere NY 11598

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
www.bmsadvantage.com

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5002209665 | Beginning balance | $0.00 |
| Avg collected balance | $0.00 | Total additions | $0.00 |
| | | Total subtractions | $0.00 |
| | | **Ending balance** | **$0.00** |

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5002209666 | Beginning balance | $1,505,076.31 |
| Enclosures | 3 | Total additions | $66,827.80 |
| Avg collected balance | $1,543,844.00 | Total subtractions | $4,195.00 |
| | | **Ending balance** | **$1,567,709.11** |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 20223 | 12-24 | 4,195.00 | | | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 12-10 | DEPOSIT - 100013 | 56,327.80 |
| 12-26 | DEPOSIT - 100014 | 10,500.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11-30 | 1,505,076.31 | 12-24 | 1,557,209.11 | | |
| 12-10 | 1,561,404.11 | 12-26 | 1,567,709.11 | | |



www.rabobankamerica.com



| 12/24/2013 | 20223 | $4,195.00 | | 12/24/2013 | 20223 | $4,195.00 |

www.rabobankamerica.com

**MONTHLY OPERATING REPORT - POST CONFIRMATION**                                        **ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | **Bank of New York Mellon** |
|---|---|
| Account Number | **92000199230666** |
| **Purpose of Account (Operating/Payroll/Personal)** | Disbursement |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 20223 | 12/19/2013 | Transcon International Inc | dec 2013 rent inv 64706 & misc inv 64892 | 4,195.00 |
| 20224 | 12/26/2013 | Transcon International Inc | jan 2014 rent inv 64962 & misc inv 64951 | 4,325.00 |
|  |  |  | TOTAL | 8,520.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| NA |
|---|