# **EXHIBIT B**

### **(Eligible Claimants)**

DOCS_NY:34169.5

| Claim No. | Claimant | Type of Claim | Allowed Amount | Proposed Distribution |
|---|---|---|---|---|
| 1 | DAN MILLER DESIGNS, LLC | GUC | $ 28,815.00 | $ 144.08 |
| 3 | NYS DEPARTMENT OF TAXATION AND FINANCE | GUC | $ 21,565.43 | 107.83 |
| 5 | ELAINE A ROSENBERG | GUC | $ 400,000.00 | $ 2,000.00 |
| 6 | PAUL ROSENBERG | GUC | $ 1,699,901.05 | $ 8,499.51 |
| 9 | SAXON LIMITED | GUC | $ 44,526.00 | $ 222.63 |
| 10 | GMAC | GUC | $ 24,704.28 | 123.52 |
| 16 | SUGARMAN, ROGERS, BARSHAK & COHEN P.C. | GUC | $ 24,443.41 | 122.22 |
| 17 | GELLER & COMPANY | GUC | $ 471,780.35 | $ 2,358.90 |
| 23 | PITNEY BOWES CREDIT CORPORATION | GUC | $ 42,838.03 | $ 214.19 |
| 46 | CIT COMMUNICATIONS FINANCE CORP | GUC | $ 49,057.42 | $ 245.29 |
| 60 | PIPA PARRIS | GUC | $ 43,527.44 | $ 217.64 |
| 61 | NEW WOOD COMPANY CHRISTOPHER T. BONANTE | GUC | $ 21,669.00 | 108.35 |
| 66 | EXCEL GUARD CORP. C/O SILLER WILK LLP | GUC | $ 36,407.25 | $ 182.04 |
| 80 | MATTHEW KESTEN ESQ | GUC | $ 69,000.00 | $ 345.00 |
| 113 | CIT Technology Financing | GUC | $ 26,519.77 | $ 132.60 |
| 220 | Andrew Butterfield | GUC/PRI | $ 497,882.12 | $ 13,439.41 |
| 250 | Carol F. Cohen c/o Berger Singerman, P.A. | GUC | $ 3,382,000.00 | $ 16,910.00 |
| 264 | Lawrence Sunden, Inc. | GUC | $ 933,208.00 | $ 4,666.04 |
| 266 | WINSTON & STRAWN LLP - ATTN DAVID NEIER, ESQ. | GUC | $ 910,919.63 | $ 4,554.60 |
| 267 | MATTHEW KESTEN ESQ | GUC | $ 69,000.00 | $ 345.00 |
| 268 | Dalva Brothers, Inc. | GUC | $ 120,000.00 | $ 600.00 |
| 270 | Hermine Chivian-Cobb | GUC | $ 97,612.40 | $ 488.06 |
| 291 | Thomson Works of Art Claim Limited | GUC | $ 3,171,249.68 | $ 15,856.25 |
| 295 | Contemporary Art Claim Consortium c/o Meltzer Lippe Goldstein & | GUC | $ 61,825.00 | $ 309.13 |
| 296 | Sash Spencer | GUC | $ 50,000.00 | $ 250.00 |
| 297 | Richard Lippe, as Assignee of Ivan Kaufman and The | GUC | $ 167,500.00 | $ 837.50 |
| 298 | American Express Bank FSB c/o Becket and Lee LLP | GUC | $ 379,927.02 | $ 1,899.64 |
| 302 | CIT Communications Finance Corporation | GUC | $ 50,099.64 | $ 250.50 |
| 305 | PIPPA PARRIS | GUC | $ 43,527.44 | $ 217.64 |
| 306 | Saundra B. Lane Peter Nils Baylor Nutter McClennen & Fish LLP | GUC | $ 4,322,165.90 | $ 21,610.83 |
| 308 | Monty Diamond and Sarah Diamond c/o Seidman & Pincus, LLC | GUC | $ 835,500.00 | $ 4,177.50 |
| 318 | Earl Davis | GUC | $ 38,542,500.00 | $ 192,712.50 |
| 324 | Peters Gallery of New York, Inc., et al. Attn: George Bingham, Esq. | GUC | $ 940,133.39 | $ 4,700.67 |
| 343 | Barry S. Goodman | GUC | $ 1,120,000.00 | $ 5,600.00 |
| 345 | Elaine de Kooning Trust c/o Berkman Henoch Peterson & Peddy, P.C | GUC | $ 4,000,000.00 | $ 20,000.00 |
| 348 | Dr. Deborah Pearlman | GUC | $ 2,738,534.00 | $ 13,692.67 |
| 349 | Frelinghuysen Morris Foundation | GUC | $ 2,454,000.00 | $ 12,270.00 |
| 362 | Benucci, S.R.L. | GUC | $ 4,563,600.00 | $ 22,818.00 |
| 364 | Kikuo Saito | GUC | $ 287,500.00 | $ 1,437.50 |
| 368 | Donald Schupak | GUC | $ 2,092,000.00 | $ 10,460.00 |
| 369 | Great Northern Insurance Company c/o Forchelli, Curto, Crowe, Dee | GUC | $ 33,100.00 | $ 165.50 |
| 376 | URSUS BOOKS LTD | GUC | $ 159,000.00 | $ 795.00 |
| 381 | WILLIAM THIBODEAU | PRI | $ 2,692.48 | $ 2,692.48 |
| 382 | Paula R. Hornbostel | PRI | $ 1,473.18 | $ 1,473.18 |
| 384 | GAIATTO MARIO | GUC | $ 80,677.00 | $ 403.39 |
| 387 | GABRIELLE S. KORET | PRI | $ 3,631.26 | $ 3,631.26 |
| 388 | ELIOT OSBORN | GUC | $ 65,000.00 | $ 325.00 |
| 391 | Dolores T. Hilding and the Giorgio Cavallon Family Limited Partners | GUC | $ 64,406.00 | $ 322.03 |
| 395 | JUNETTE TENG | PRI | $ 2,355.93 | $ 2,355.93 |
| 396 | Esteban Dorado | PRI | $ 5,221.92 | $ 5,221.92 |
| 406 | ANNA FAROVA HENRI (JINDRICH) PRIBIK | GUC | $ 307,000.00 | $ 1,535.00 |
| | | | Total Distribution | $ 404,047.88 |