**<u>EXHIBIT C</u>**

**(Closing Report)**

6

PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017-2024
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
Robert J. Feinstein
Ilan D. Scharf

*Counsel for Alan M. Jacobs, solely in his capacity
as Liquidating Trustee of the SOG Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| SALANDER-O'REILLY GALLERIES, LLC, | : | Case No. 07-30005 (CGM) |
| | : | |
| Debtor. | : | |
| | : | |

## <u>CLOSING REPORT IN CHAPTER 11 CASE</u>

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):

<u>$994,400.03</u>     FEES and EXPENSES for ATTORNEY for DEBTOR paid during
Chapter 11 Case

<u>$1,655,722.98</u>  OTHER PROFESSIONAL FEES and EXPENSES paid during Chapter
11 Case

<u>$864,506.</u>62 OTHER PROFESSIONAL FEES and ALL EXPENSES of the Liquidation
Trustee incurred through November 30, 2016

<u>$1,744,986.53</u> LIQUIDATION TRUSTEE FEES AND EXPENSES incurred through
November 30, 2016 (if applicable), of which $864,506.62 was paid to date

<u>$1,252,941.98</u> FEE AND EXPENSES for ATTORNEY for LIQUIDATION TRUSTEE
incurred through November 30, 2016 (if applicable), of which $883,515.98 was paid to
date

<u>$404,047.88</u> DIVIDEND PAID/TO BE PAID

____None____  FUTURE DIVIDENDS (check if % of future dividend under plan not yet
able to be determined)

_____

____N/A____  INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED

_____ OTHER: Approximately 1,561 works of art with a stated value in excess of
$15,000,000 million were returned to Art Claimants after resolution of ownership
disputes.


Dated:  New York, New York                    PACHULSKI STANG ZIEHL & JONES LLP
            January 6 , 2017


                                                    /s/ Ilan D. Scharf_____
                                                    Robert J. Feinstein, Esq.
                                                    Ilan D. Scharf, Esq.
                                                    780 Third Ave, 34th Floor
                                                    New York, NY 10017-2024
                                                    Telephone:  (212) 561-7700
                                                    Facsimile:   (212) 561-7777

                                                    *Counsel for Alan M. Jacobs solely in his
                                                    capacity as Liquidation Trustee of the SOG
                                                    Liquidation Trust*


2