U.S. Department of Justice
Office of the United States Trustee
Region 2

_Contr___ District of _New York_

| | | |
|---|---|---|
| IN RE: | } | **CHAPTER 11** |
| | } | |
| **Salander-O'Reilly Galleries LLC** | } | **CASE NO.**   07-30005 (CGM) |
| | } | |
| | } | |
| **DEBTOR.** | } | |

### DEBTOR'S  POST-CONFIRMATION
### MONTHLY OPERATING REPORT
### FOR THE PERIOD

FROM  January 1, 2017     TO   February 7, 2017

Comes now the above-named debtor and files its Post-Confirmation Monthly Operating Report in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this
report and it is true and correct to the best of my knowledge.

Signed::  _____         Date:    February 7, 2017  _____

Alan M. Jacobs  _____
              Print Name

Liquidating Trustee, SOG Liquidation Trust  _____
              Title

Debtor's Address
and Phone Number:
c/o AMJ Advisors LLC
999 Central Ave, Ste 208
Woodmere, New York 11598

Tel.    516-791-1100  _____

Attorney's Address
and Phone Number:
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
New York, New York  10017-2024
Bar No. _____
Tel.    212.561.7700  _____

Note:  The original Monthly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States
Trustee.  Monthly Operating Reports must be filed by the 20th day of the following month.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? Professional fees & expenses owed to Pachulski Stang Ziehl & Jones LLP and the Trustee are not current. | X | |
| 4. | Is the Debtor current on all post-confirmation plan payments? | NA | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | | | | |
|---|---|---|---|---|---|
| **TYPE of POLICY** | **and** | **CARRIER** | **Period of Coverage** | **Payment Amount and Frequency** | **Delinquency Amount** |
| Surety | | Hartford Fire Ins Co | 2/8/16-2/8/17 | $3,250 annual | NA |
| Art Insurance | | AXA Insurance | 4/14/16-11/2/16 | $3,132 annual | NA |
| | | | | | |

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

**Estimated Date of Filing the Application for Final Decree:**          Final Decree Entered 2/7/17

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:**  Salander-O'Reilly Galleries LLC

**Case Number:**  07-30005 (CGM)

**Date of Plan Confirmation: 1/20/2010**

All items must be answered.  Any which do not apply should be answered "none" or "N/A".

|  | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (Beginning of Period)** | $ 813,120.00 | $ 0.00 |
| | | |
| 2.  **INCOME or RECEIPTS during the Period** | $ 103,353.00 | $ 6,385,010.81 |

3.  **DISBURSEMENTS**

   a.  **Operating Expenses (Fees/Taxes):**

| | Monthly | Post Confirmation Total |
|---|---|---|
| (i)     U.S. Trustee Quarterly Fees | $ 975.00 | $ 39,650.00 |
| (ii)    Federal Taxes | | |
| (iii)   State Taxes | | |
| (iv)    Other Taxes | | 458.97 |
| | | |
| b.  **All Other Operating Expenses:** | $ 8,435.00 | $ 4,680,651.39 |
| | | |
| c.  **Plan Payments:*** | | |
| (i)     Priority tax claims | $ | $ 757,187.45 |
| (ii)    Administrative Claims | | |
| (iii)   Unsecured claims | | |
| (iv) | | |
| (v) | | |
| (Attach additional pages as needed) | | |
| **Total Disbursements (Operating & Plan)** | $ 9,410.00 | $ 5,477,947.81 |

| | Monthly | Post Confirmation Total |
|---|---|---|
| 1.  **CASH (End of Period)** | $ 907,063.00 | $ 907,063.00 |

\*   This includes any and all disbursements made under the plan of reorganization or in the ordinary course
    of the reorganized debtor's post-confirmation business, whether the disbursements are made
    through a trust, by a third party, or by the reorganized debtor.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | Rabobank, N.A. | Rabobank, N.A. | | |
| **Account Number:** | 5002209665 | 5002209666 | | |
| **Purpose of Account (Operating/Payroll/Tax)** | Collection | Disbusement | | |
| **Type of Account (e.g. checking)** | Checking | Checking | | |
| | | | | |
| 1. **Balance per Bank Statement** | 369,721.79 | 545,776.21 | | |
| 2. **ADD**: Deposits not credited | | | | |
| 3. **SUBTRACT**: Outstanding Checks | | 8,435.00 | | |
| 4. Other Reconciling Items | | | | |
| 5. **Month End Balance** (Must Agree with Books) | 369,721.79 | 537,341.21 | | |
| | | | | |

**Note: Attach copy of each bank statement and bank reconciliation.**

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| NA | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach copy of each investment account statement.**



**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Period Covered:
January 01, 2017  -  January 31, 2017
Page 1 of 4

| | |
|---|---|
| Case Number: | 07-30005 CGM |
| Case Name: | SOG LIQUIDATION TRUST |
| Trustee Number: | 0000521440 |
| Trustee Name: | Alan M. Jacobs |

Alan M. Jacobs
999 Central Avenue Suite 208
Woodmere NY 11598

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Consolidated Balance Summary

| Account | Number | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|---|
| Checking Account | | | | |
|    TRUSTEE CHECKING | 5002209665 | | $369,721.79 | $369,721.79 |
|    TRUSTEE CHECKING | 5002209666 | | $453,398.21 | $545,776.21 |
| Total | | | $823,120.00 | $915,498.00 |

## Notable Information For You...

Reminder:  Make sure to include the deposit slip printed with the MICR line (Account/Routing number) with your check deposits.  On a multi-copy deposit slip, the top copy is printed with the MICR line and should be provided with the deposits. The duplicate copies will omit the MICR line or have a 'Duplicate' watermark.  These copies should be retained for your records.  Deposit slips received without the MICR line must be processed manually, which will cause a delay in processing and the omission of the "Processed By" date in your BMS software.

**Rabobank**

**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number:                          5002209665

Period Covered:
January 01, 2017  -  January 31, 2017
Page 2 of 4

Alan M. Jacobs
999 Central Avenue Suite 208
Woodmere NY 11598

| | |
|---|---|
| Case Number: | 07-30005 CGM |
| Case Name: | SOG LIQUIDATION TRUST |
| Trustee Number: | 0000521440 |
| Trustee Name: | Alan M. Jacobs |

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5002209665 | **Beginning balance** | **$369,721.79** |
| Avg collected balance | $369,721.00 | Total additions | $0.00 |
| | | Total subtractions | $0.00 |
| | | **Ending balance** | **$369,721.79** |

**\*\*No activity this statement period\*\***

Account Number:                5002209666

**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Period Covered:
January 01, 2017  -  January 31, 2017
Page 3 of 4

| | |
|---|---|
| Case Number: | 07-30005 CGM |
| Case Name: | SOG LIQUIDATION TRUST |
| Trustee Number: | 0000521440 |
| Trustee Name: | Alan M. Jacobs |

Alan M. Jacobs
999 Central Avenue Suite 208
Woodmere NY 11598

☎ **Questions**
(800) 634-7734, ext. 8
bmsbankingcenter@bms7.com
**www.bmsadvantage.com**

## Trustee Checking

| | | | |
|---|---|---|---|
| Account number | 5002209666 | **Beginning balance** | **$453,398.21** |
| Enclosures | 4 | Total additions | $103,353.00 |
| Avg collected balance | $525,820.00 | Total subtractions | $10,975.00 |
| | | **Ending balance** | **$545,776.21** |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 20296 | 01-30 | 10,000.00 | 20297 | 01-26 | 975.00 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 01-09 | DEPOSIT 100054 | 103,212.00 |
| 01-27 | DEPOSIT 100055 | 141.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 453,398.21 | 01-26 | 555,635.21 | 01-30 | 545,776.21 |
| 01-09 | 556,610.21 | 01-27 | 555,776.21 | | |

**Rabobank, N.A.**
P.O. Box 6010
Santa Maria, CA 93456

Account Number:     5002209666
Statement Date:     January 31, 2017
Page:               4 of 4



01/30/2017     20296     $10,000.00



01/30/2017     20296     $10,000.00



01/26/2017     20297     $975.00



01/26/2017     20297     $975.00

MONTHLY OPERATING REPORT -
POST CONFIRMATION

**ATTACHMENT NO. 4**

**CHAPTER 11 POST-CONFIRMATION**
**CASH/DEBIT/CHECK DISBURSEMENTS DETAILS**

| Name of Bank | Bank of New York Mellon |
|---|---|
| Account Number | 92000199230665 & 6 |
| **Purpose of Account (Operating/Payroll/Personal)** | Disbursement |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 20297 | 1/19/2017 | US Trustee Payment Center | 4th Q 2016 Account 0840730005 | 975.00 |
| 20298 | 1/31/2017 | Carol Cherrington Logue | Invoice CCLS119 through 1/30/2017 | 2,100.00 |
| 20299 | 1/31/2017 | Transcon International Inc. | misc charges inv 74585 | 85.00 |
| 20300 | 2/7/2017 | Stair Galleries and Restoration, Inc. | Matthiadotir refund for claimed works | 6,250.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 9,410.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

| NA |
|---|
| |
| |
| |
| |
| |